1  JEFFREY G. KNOWLES (State Bar No. 129754)
   JULIA D. GREER (State Bar No. 200479)
2  COBLENTZ, PATCH, DUFFY & BASS LLP
   One Ferry Building, Suite 200
3  San Francisco, California  94111-4213
   Telephone:  415.391.4800
4  Facsimile:  415.989.1663
        E-mail: ef-jgk@cpdb.com
5              ef-jdg@cpdb.com

6  Attorneys for Plaintiffs
   DERCETO, INC. & DERCETO, LTD.
7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                OAKLAND, CALIFORNIA

11

12  DERCETO, LTD., a New Zealand
    corporation; DERCETO, INC., a Delaware      Case No. C 10 04769 PJH
13  corporation,
                    Plaintiffs,                 REQUEST TO CONTINUE CASE
14                                              MANAGEMENT CONFERENCE
             v.                                   AND ORDER
15                                              Date: March 3, 2011
    HALCROW, INC., a Delaware corporation;      Time: 2 PM
16  HALCROW HOLDINGS LIMITED and                Courtroom: 3, 3rd floor
    HALCROW GROUP LIMITED, companies
17  organized under the laws of the United
    Kingdom,
18
                    Defendants.
19

20

21

22

23

24

25

26

27

28

11972.002.1686499v1                    1                Case No: C 10 04769 PJH.
      REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE

COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200, San Francisco, California  94111-4213
415.391.4800 · Fax 415.989.1663

<div style="margin-left: 3em;">

1      Plaintiffs Derceto, Ltd. and Derceto, Inc. ("Derceto") filed this action on October 21, 2010.

2  Defendants have not been served to date, and have not appeared, as plaintiffs and defendants have

3  been diligently engaging in informal discussions in an attempt to resolve their dispute.  On or

4  about January 31, 2011, the Court granted our prior request to continue the case management

5  conference, then set for February 3, 2011, until March 3, 2011.

6      At this point plaintiffs and defendants have reached an agreement in principle, and are

7  finalizing it now. The parties expect to submit a stipulated dismissal in the very near future.

8      Derceto therefore respectfully requests an additional two-week continuance of the

9  currently-scheduled case management conference in order to permit the parties to finalize their

10  settlement and dismiss the action.  We apologize for any inconvenience this may cause the Court,

11  and thank the Court for its patience.

13  DATED: March 2, 2011        COBLENTZ, PATCH, DUFFY & BASS LLP

15                  By:  /S/  Julia D. Greer

16                      JULIA D. GREER

Attorneys for Plaintiffs
DERCETO, INC. & DERCETO, LTD.

19  THE CASE MANAGEMENT
CONFERENCE IS
20  CONTINUED TO 3/24/11 AT
2:00 P.M.

</div>



IT IS SO ORDERED

Judge Phyllis J. Hamilton

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200, San Francisco, California 94111-4213
415.391.4800 · Fax 415.989.1663

**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

1

## PROOF OF SERVICE

2

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

3

At the time of service, I was over 18 years of age and **not a party to this action**.  I am employed in the County of San Francisco, State of California.  My business address is One Ferry Building, Suite 200, San Francisco, California 94111-4213.

4

5

On March 2, 2011, I served true copies of the following document(s) described as

6

**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

7

on the interested parties in this action as follows:

8

Anthony Paul Schoenberg
Farella Braun & Martel LLP
235 Montgomery Street, 30th Floor
San Francisco, CA  94104
Phone:  (415) 954-4400
Fax:  (415) 954-4480
E-mail:  aschoenberg@fbm.com

9

10

11

12

**BY MAIL:**  I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with Coblentz, Patch, Duffy & Bass LLP's practice for collecting and processing correspondence for mailing.  On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

13

14

15

16

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

17

18

Executed on March 2, 2011, at San Francisco, California.

19

20

/S/  Ani F. Siegel
Ani Siegel

21

22

23

24

25

26

27

28

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663

3

Case No: C 10 04769 PJH.