JEFFREY G. KNOWLES (State Bar No. 129754)
JULIA D. GREER (State Bar No. 200479)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663
E-mail: ef-jgk@cpdb.com
ef-jdg@cpdb.com

Attorneys for Plaintiffs
DERCETO, INC. & DERCETO, LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND, CALIFORNIA

| | |
|---|---|
| DERCETO, LTD., a New Zealand corporation; DERCETO, INC., a Delaware corporation,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>HALCROW, INC., a Delaware corporation; HALCROW HOLDINGS LIMITED and HALCROW GROUP LIMITED, companies organized under the laws of the United Kingdom,<br><br>　　　　Defendants. | Case No. C 10 04769 PJH<br><br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date: March 24, 2011<br>Time: 2 PM<br>Courtroom: 3, 3rd floor |

11972.002.1709302v1　　　　　　1　　　　　　Case No: C 10 04769 PJH.

**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

1  Plaintiffs Derceto, Ltd. and Derceto, Inc. ("Derceto") filed this action on October 21, 2010. Defendants have not been served to date, and have not appeared, as plaintiffs and defendants have been diligently engaging in informal discussions in an attempt to resolve their dispute.  On or about January 31, 2011, the Court granted plaintiffs' prior request to continue the case management conference, then set for February 3, 2011, until March 3, 2011.  On or about March 2, 2011, the Court granted an additional request to continue the case management conference until March 24, 2011 at 2:00 p.m.

Plaintiffs and defendants have now reached an agreement, and are in the process of gathering signatures. The parties expect to submit a stipulated dismissal in the very near future.

Derceto therefore respectfully requests an additional two-week continuance of the currently-scheduled case management conference in order to permit the parties to finalize their settlement and dismiss the action.  We apologize for any inconvenience this may cause the Court, and thank the Court for its patience.

DATED: March 24, 2011               COBLENTZ, PATCH, DUFFY & BASS LLP


                                    By:   /S/  Julia D. Greer
                                          JULIA D. GREER
                                          Attorneys for Plaintiffs
                                          DERCETO, INC. & DERCETO, LTD.


CASE MANAGEMENT CONFERENCE CONTINUED TO APRIL 7, 2011 AT 2:00 P.M.

3/24/11   

11972.002.1709302v1                    2                    Case No: C 10 04769 PJH.

**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**